# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Darrell Draper | Case No. 2:16-cv-11233-EAS |
| Plaintiff, | Magistrate Judge: |
| | Honorable Elizabeth A. Stafford |
| v. | |
| Stellar Recovery, Inc. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action without prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Hyslip & Taylor, LLC, LPA | Assurance Law Group |
| By: /s/ Jeffrey S. Hyslip | By: /s/ Alison N. Emery |
| Jeffrey S. Hyslip, Esq. | Alison N. Emery, Esq. |
| 1100 W. Cermak Rd., Suite B410 | 3731 Hendricks Avenue |
| Chicago, IL  60608 | Jacksonville, FL 32207 |
| (P) 312-380-6110 | (P) 904-497-4904 |
| jeffrey@lifetimedebtsolutions.com | alison@assurancelawgroup.com |
| Ohio Bar No. 0079315 | Florida Bar No. 621641 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Date:  July 11, 2016 | Date:  July 11, 2016 |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2016, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Alison N. Emery, Esq.
3731 Hendricks Avenue
Jacksonville, FL 32207

*Counsel for Defendant*

                                                /s/ Jeffrey S. Hyslip

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Darrell Draper, | Case No. 2:16-cv-11233-EAS |
| Plaintiff, | |
| v. | Magistrate Judge: Elizabeth A. Stafford |
| Stellar Recovery, Inc., | |
| Defendant. | |

## **PROPOSED ORDER**

This matter having come before the Court on the Stipulation of Dismissal without Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed without prejudice, with each party to bear its own costs and fees.

DATE: July 12, 2016                ENTERED: s/Elizabeth A. Stafford
   `                                               ELIZABETH A. STAFFORD
                                                   United States Magistrate Judge